**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**ELLA MAE WHETSTONE,**

            **Plaintiff,**

**v.**                                    **Case No. 1:14cv156-MW/GRJ**

**ALACHUA COUNTY
SCHOOL BOARD,**

            **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

        This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation.  ECF No. 26.    Upon consideration, no objections having

been filed by Plaintiff,

        IT IS ORDERED:

        The report and recommendation is **accepted and adopted** as this Court's

opinion.  Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and

Motion to Strike Plaintiff's Punitive Damages Claim, ECF No. 21, is **GRANTED**

**in part and DENIED in part**.  Plaintiff's claim for disparate treatment based upon

race is permitted to proceed.  All other claims are **DISMISSED** with prejudice.

Defendant's Motion to Strike is **GRANTED** and Plaintiff's claim for punitive

1

damages is stricken from her Amended Complaint.   This case is **REMANDED** to the Magistrate Judge for further proceedings.

      **SO ORDERED on July 31, 2015.**

                      **s/Mark E. Walker**
                      **United States District Judge**